IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JOSHUA A. YOUNG,

    **Plaintiff,**

v.                                                       Civil Action No. 2:19-cv-00829
                                                         Honorable Joseph R. Goodwin

**CORPORAL ARTHUR MUNCY; and
CAPTAIN RONNIE THOMPSON,**

    **Defendants.**

## DEFEDANT ARHTUR MUNCY'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendant, Arthur Muncy, by and through his counsel, the law firm of Bailey & Wyant, PLLC, John P. Fuller, and Samuel M. Bloom, and hereby moves this Honorable Court for summary judgment under Rule 56 of the *Federal Rules of Civil Procedure*. As more precisely stated in the contemporaneously filed Memorandum of Law in support of this Motion, this Defendant is entitled to Summary Judgment.

**WHEREFORE,** based on the foregoing, Defendant Arthur Muncy respectfully prays this Honorable Court **GRANT** his Motion for Summary Judgment, dismiss all claims by Plaintiff asserted against this Defendant in this matter, and grant such other relief as the Court deems just and proper.

                                                                        **ARTHUR MUNCY,**

                                                                        By Counsel,

/s/ John P. Fuller
_____
**John P. Fuller (WV Bar #9116)
Samuel M. Bloom (WV Bar #13739)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600**

Post Office Box 3710
Charleston, West Virginia  25337-3710
T: 304.345.4222
F: 304.343.3133
jfuller@baileywyant.com
sbloom@baileywyant.com

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**JOSHUA A. YOUNG,**

    **Plaintiff,**

v.                                                             **Civil Action No. 2:19-cv-00829**
                                                             **Honorable Joseph R. Goodwin**

**CORPORAL ARTHUR MUNCY; and**
**CAPTAIN RONNIE THOMPSON,**

    **Defendants.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing **DEFENDANT ARTHUR MUNCY'S MOTION FOR SUMMARY JUDGMENT** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Thursday, February 25, 2021:

Mark Jeffrey McGhee
Anspach Meeks Ellenberger, LLP
900 Lee Street, Suite 1700
Charleston, WV 25301
Email Address: mmcghee@anspachlaw.com
*Attorney For: Captain Ronnie Thompson*

Paul M. Stroebel
Stroebel & Stroebel, PLLC
405 Capitol St., Ste. 102
PO Box 2582
Charleston, WV 25329
Email Address: paulstroeb@aol.com
*Attorney For: Joshua A. Young*

Joshua A. Young
1527 ½ 7th Avenue
Huntington, WV 25701
*Plaintiff*

William E. Murray
Anspach Meeks Ellenberger, LLP
500 Virginia Street East,
Suite 525
Charleston, WV 25301
Email Address: wmurray@anspachlaw.com
*Attorney For: Captain Ronnie Thompson*

                                           **/s/ John P. Fuller**
                                           **John P. Fuller (WV Bar #9116)**
                                           **Samuel M. Bloom (WV Bar #13739)**
                                           **Bailey & Wyant, pllc**
                                           **500 Virginia Street, East, Suite 600**
                                           **Post Office Box 3710**
                                           **Charleston, West Virginia 25337-3710**
                                           **T: 304.345.4222**
                                           **F: 304.343.3133**
                                           **jfuller@baileywyant.com**
                                           **sbloom@baileywyant.com**