# EXHIBIT
# A

1  IN THE UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF WEST VIRGINIA
2  AT CHARLESTON
3  -----
4  JOSHUA A. YOUNG,
5      Plaintiff,
6  v.                    Civil Action No. 2:19-cv-00829
                         Hon. Joseph R. Goodwin
7
   CORPORAL ARTHUR MUNCY and
8  CAPTAIN RONNIE THOMPSON,
9      Defendants.
10
11         DEPOSITION OF JOSHUA A. YOUNG,
12 a Plaintiff herein, called for examination by the
13 Defendant Corporal Arthur Muncy, taken pursuant to the
14 Federal Rules of Civil Procedure by and before
15 Rachel Kocher, a Court Reporter and Notary Public in and
16 for the State of West Virginia, at Bailey & Wyant, PLLC,
17 500 Virginia Street, East, Suite 600, Charleston,
18 West Virginia, on Friday, 18 September 2020, at
19 10:00 A.M.
20
21
22
23
24
25 Job No. CS4254365

```
 1  APPEARANCES:
 2
 3    For the Plaintiff via telephone:
 4      Lydia C. Milnes, Esq.
 5      MOUNTAIN STATE JUSTICE
 6      325 Willey Street
 7      Morgantown, WV 26505
 8      lydia@msjlaw.org
 9
10    For Corporal Arthur Muncy:
11      John P. Fuller, Esq.
12      BAILEY & WYANT, PLLC
13      500 Virginia Street, East, Suite 600
14      Charleston, WV 25337-3710
15      jfuller@baileywyant.com
16
17    For Captain Ronnie Thompson:
18      William E. Murray, Esq.
19      ANSPACH MEEKS ELLENBERGER, LLP
20      900 Lee Street, East, Suite 1700
21      Charleston, WV 25301
22      wmurray@anspachlaw.com
23
24
25
```

```
 1                P R O C E E D I N G S
 2                      -----
 3            MR. FULLER:  This is John Fuller
 4   appearing on behalf of Corporal Arthur Muncy, who I
 5   believe is now Sergeant Arthur Muncy.
 6            MR. MURRAY:  Bill Murray on behalf of was
 7   Captain Ronnie Thompson, now Major Ronnie Thompson.
 8            MS. MILNES:  And this is Lydia Milnes,
 9   who has historically appeared in this case as counsel
10   for the Plaintiff, Joshua Young.  There is a pending
11   motion regarding my status as representing Mr. Young;
12   and because that issue is up in the air at this point
13   and not resolved by the Court, I am objecting to
14   holding this deposition today, given that I am
15   currently unsure of Mr. Young's intention with pursuing
16   this case.  And in the event that I should remain his
17   counsel, then I would be seeking to have a new
18   deposition scheduled.
19            MR. FULLER:  All right.  I would like to
20   mark Document 65 in this matter, which is the notice of
21   deposition noticing the same for my office at
22   500 Virginia Street, East, Suite 600, Charleston,
23   West Virginia, for today, September 18th, 2020, at
24   10:00 A.M.
25            It is now past 10:00 A.M., and
```

1  Mr. Young has not appeared at my office.  So I would
2  suggest we take a recess, wait until 10:15 to see if he
3  shows up, and at that point maybe go back on the
4  record.
5           Any objection to that?
6           MS. MILNES:  None from me.
7           MR. MURRAY:  None from me.
8           MR. FULLER:  All right.  We can take a
9  break.
10          (Break.)
11          MR. FULLER:  This is John Fuller.  We're
12 back on the record.  It's now 10:16.  And I've checked
13 the lobby, I've checked with the front desk, and
14 Mr. Young has not appeared.
15          It is my understanding that when the
16 deposition was noticed that Plaintiff's then counsel,
17 now in the process of withdrawing counsel, was going to
18 send the deposition notice to his last-known address.
19          So at this point we're going to
20 conclude the deposition and proceed from there.
21          You got anything else, Lydia?
22          MS. MILNES:  Nope.  Nothing to add.
23          MR. FULLER:  Bill?
24          MR. MURRAY:  No.
25          MR. FULLER:  All right.  That's it.

Page 5

```
 1    Thank you.
 2                    (The deposition was concluded at
 3               10:18 A.M.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                    C E R T I F I C A T E
                            -----
STATE OF WEST VIRGINIA
        I, Rachel Kocher, a Court Reporter and Notary
Public in and for the State of West Virginia, do hereby
certify that the foregoing deposition was taken at the
time and place stated herein and that the said
deposition was recorded stenographically by me and was
reduced to typewriting under my direction and
constitutes a true record of the testimony given, all to
the best of my skill and ability.

        I further certify that I am not a relative or
employee of either counsel and that I am in no way
interested, directly or indirectly, in this action.

        I also certify that the attached transcript meets
the requirements set forth within Article 27, Chapter 47
of the West Virginia Code, to the best of my ability.

        IN WITNESS THEREOF, I have hereunto set my
hand and affixed my seal of office this 18th day of
September 2020.


                        *Rachel Kocher* (signature)
                        Rachel Kocher
                        Court Reporter
```

[& - lobby]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

| & | | | |
|---|---|---|---|
| **&** 1:16 2:12 | **action** 1:6 6:9 | **conclude** 4:20 | **forth** 6:11 |
| **0** | **add** 4:22 | **concluded** 5:2 | **friday** 1:18 |
| **00829** 1:6 | **address** 4:18 | **constitutes** 6:7 | **front** 4:13 |
| **1** | **affixed** 6:13 | **corporal** 1:7,13 2:10 3:4 | **fuller** 2:11 3:3,3 3:19 4:8,11,11,23 4:25 |
| **10:00** 1:19 3:24,25 | **air** 3:12 | **counsel** 3:9,17 4:16,17 6:9 | **further** 6:8 |
| **10:15** 4:2 | **anspach** 2:19 | **court** 1:1,15 3:13 6:4,17 | **g** |
| **10:16** 4:12 | **anspachlaw.com** 2:22 | **cs4254365** 1:25 | **g** 3:1 |
| **10:18** 5:3 | **appearances** 2:1 | **currently** 3:15 | **given** 3:14 6:7 |
| **1700** 2:20 | **appeared** 3:9 4:1 4:14 | **cv** 1:6 | **go** 4:3 |
| **18** 1:18 | **appearing** 3:4 | **d** | **going** 4:17,19 |
| **18th** 3:23 6:13 | **arthur** 1:7,13 2:10 3:4,5 | **d** 3:1 | **goodwin** 1:6 |
| **2** | **article** 6:11 | **day** 6:13 | **h** |
| **2020** 1:18 3:23 6:13 | **attached** 6:10 | **defendant** 1:13 | **hand** 6:13 |
| **21306** 6:16 | **b** | **defendants** 1:9 | **hereunto** 6:12 |
| **25301** 2:21 | **back** 4:3,12 | **deposition** 1:11 3:14,18,21 4:16,18 4:20 5:2 6:5,6 | **historically** 3:9 |
| **25337-3710** 2:14 | **bailey** 1:16 2:12 | | **holding** 3:14 |
| **26505** 2:7 | **baileywyant.com** 2:15 | **desk** 4:13 | **hon** 1:6 |
| **27** 6:11 | **behalf** 3:4,6 | **direction** 6:6 | **i** |
| **2:19** 1:6 | **believe** 3:5 | **directly** 6:9 | **indirectly** 6:9 |
| **3** | **best** 6:7,11 | **district** 1:1,1 | **intention** 3:15 |
| **325** 2:6 | **bill** 3:6 4:23 | **document** 3:20 | **interested** 6:9 |
| **4** | **break** 4:9,10 | **e** | **issue** 3:12 |
| **47** 6:11 | **c** | **e** 2:18 3:1,1 6:1,1 | **j** |
| **5** | **c** 2:4 3:1 6:1,1 | **east** 1:17 2:13,20 3:22 | **jfuller** 2:15 |
| **500** 1:17 2:13 3:22 | **called** 1:12 | **either** 6:9 | **job** 1:25 |
| **6** | **captain** 1:8 2:17 3:7 | **ellenberger** 2:19 | **john** 2:11 3:3 4:11 |
| **600** 1:17 2:13 3:22 | **case** 3:9,16 | **employee** 6:9 | **joseph** 1:6 |
| **65** 3:20 | **certify** 6:5,8,10 | **esq** 2:4,11,18 | **joshua** 1:4,11 3:10 |
| **9** | **chapter** 6:11 | **event** 3:16 | **justice** 2:5 |
| **900** 2:20 | **charleston** 1:2,17 2:14,21 3:22 | **examination** 1:12 | **k** |
| **a** | **checked** 4:12,13 | **f** | **known** 4:18 |
| **a.m.** 1:19 3:24,25 5:3 | **civil** 1:6,14 | **f** 6:1 | **kocher** 1:15 6:4,16 |
| **ability** 6:7,11 | **code** 6:11 | **federal** 1:14 | **l** |
| | | **foregoing** 6:5 | **lee** 2:20 |
| | | | **llp** 2:19 |
| | | | **lobby** 4:13 |

Veritext Legal Solutions
800-567-8658　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　973-410-4098

**lydia** 2:4,8 3:8 4:21

**m**

**major** 3:7
**mark** 3:20
**matter** 3:20
**meeks** 2:19
**meets** 6:10
**milnes** 2:4 3:8,8 4:6,22
**morgantown** 2:7
**motion** 3:11
**mountain** 2:5
**msjlaw.org** 2:8
**muncy** 1:7,13 2:10 3:4,5
**murray** 2:18 3:6,6 4:7,24

**n**

**n** 3:1
**new** 3:17
**nope** 4:22
**notary** 1:15 6:4
**notice** 3:20 4:18
**noticed** 4:16
**noticing** 3:21

**o**

**o** 3:1
**objecting** 3:13
**objection** 4:5
**office** 3:21 4:1 6:13

**p**

**p** 2:11 3:1
**pending** 3:10
**place** 6:5
**plaintiff** 1:5,12 2:3 3:10

**plaintiff's** 4:16
**pllc** 1:16 2:12
**point** 3:12 4:3,19
**procedure** 1:14
**proceed** 4:20
**process** 4:17
**public** 1:15 6:4
**pursuant** 1:13
**pursuing** 3:15

**r**

**r** 1:6 3:1 6:1
**rachel** 1:15 6:4,16
**recess** 4:2
**record** 4:4,12 6:7
**recorded** 6:6
**reduced** 6:6
**regarding** 3:11
**relative** 6:8
**remain** 3:16
**reporter** 1:15 6:4 6:17
**representing** 3:11
**requirements** 6:11
**resolved** 3:13
**right** 3:19 4:8,25
**ronnie** 1:8 2:17 3:7,7
**rules** 1:14

**s**

**s** 3:1
**scheduled** 3:18
**seal** 6:13
**see** 4:2
**seeking** 3:17
**send** 4:18
**september** 1:18 3:23 6:13
**sergeant** 3:5
**set** 6:11,12

**shows** 4:3
**signature** 6:16
**skill** 6:7
**southern** 1:1
**state** 1:16 2:5 6:3 6:4
**stated** 6:5
**states** 1:1
**status** 3:11
**stenographically** 6:6
**street** 1:17 2:6,13 2:20 3:22
**suggest** 4:2
**suite** 1:17 2:13,20 3:22

**t**

**t** 6:1,1
**take** 4:2,8
**taken** 1:13 6:5
**telephone** 2:3
**testimony** 6:7
**thank** 5:1
**thereof** 6:12
**thompson** 1:8 2:17 3:7,7
**time** 6:5
**today** 3:14,23
**transcript** 6:10
**true** 6:7
**typewriting** 6:6

**u**

**understanding** 4:15
**united** 1:1
**unsure** 3:15

**v**

**v** 1:6
**virginia** 1:1,16,17 1:18 2:13 3:22,23

6:3,4,11

**w**

**wait** 4:2
**way** 6:9
**west** 1:1,16,18 3:23 6:3,4,11
**willey** 2:6
**william** 2:18
**withdrawing** 4:17
**witness** 6:12
**wmurray** 2:22
**wv** 2:7,14,21
**wyant** 1:16 2:12

**y**

**young** 1:4,11 3:10 3:11 4:1,14
**young's** 3:15

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.