# EXHIBIT
# B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JOSHUA A. YOUNG,

    Plaintiff,

v.
                                          CIVIL ACTION NO.: 2:19-cv-00559

CORPORAL ARTHUR MUNCY,
CAPTAIN RONNIE THOMPSON,
and BETSY JIVIDEN, Commissioner of the
West Virginia Division of Corrections
and Rehabilitation,

    Defendants.

## AFFIDAVIT OF DEFENDANT ARTHUR MUNCY

Now comes your affiant, Arthur Muncy, and hereby does states as follows:

1. That at all times alleged in Plaintiff's Complaint I was a Corporal employed at South Central Regional Jail.

2. That contrary to the allegations in Plaintiff's First Amended Complaint, I did not verbally or physically assault Joshua Young in any manner.

3. I did not harass or retaliate against Joshua Young in any manner for his filing of any grievances or PREA complaint relating to alleged acts against Joshua Young.

4. I committed no actions that in any way violated Joshua Young's constitutional rights, committed no intentional acts that inflicted emotional distress on Joshua Young, nor did I assault and batter Joshua Young.

Further, this Affiant sayeth naught.

                                                                         _____
                                                                         Arthur Muncy

**STATE OF WEST VIRGINIA,**

COUNTY OF Kanawha to-wit:

I, Roberta J. Burks, a Notary Public in and for the State and County aforesaid, do hereby certify that **Arthur Muncy**, whose name is signed to the foregoing Affidavit, bearing date the 27th day of October, 2020, has this day acknowledged the same before me in my said County.

Given under my hand this 27th day of October, 2020

My commission expires: August 10, 2021



_Roberta J. Burks_
Notary Public