IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOSHUA A. YOUNG,

          Plaintiff,

v.                       CIVIL ACTION NO. 2:19-cv-00829

CORPORAL ARTHUR MUNCY, et al.,

          Defendants.

## JUDGMENT ORDER

In accordance with the order entered this same day in the above-styled civil action, it is **ORDERED** that this action be, and it hereby is, **DISMISSED** with prejudice and stricken from the docket.

The Clerk is **DIRECTED** to forward copies of this judgment order to all counsel of record and to Plaintiff Joshua Young, 1527 ½ 7th Ave., Huntington, WV 25701.

          ENTER:     March 16, 2021

          JOSEPH R. GOODWIN
          UNITED STATES DISTRICT JUDGE